IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**JESUS DEGOLLADO,**

        Petitioner,

v.                                          **Civil Action No. 5:23-CV-257**
                                                  Judge Bailey

**H. RAY,**

        Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATION

The above-captioned case is before this Court upon the magistrate judge's recommendation that the petition be denied and dismissed with prejudice.

This Court is charged with conducting a *de novo* review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge. ***Thomas v. Arn***, 474 U.S. 140 (1985). Additionally, any party who fails to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate court level. ***United States v. Schronce***, 727 F.2d 91 (4th Cir. 1984), *cert. denied*, 467 U.S. 1208 (1984). No objections have been filed to the magistrate judge's report and recommendation within the prescribed time frame.

Accordingly, a review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. As such, the magistrate judge's report and recommendation [**Doc. 6**] is **ADOPTED**. Petitioner's petition [**Doc. 1**] is **DENIED** and **DISMISSED WITH PREJUDICE**, and the Clerk is instructed to strike this matter from the active docket of this Court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record and to mail a copy to petitioner.

**DATED:** September 6, 2023.

**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**